UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

JONESBORO DIVISION

| | |
|---|---|
| ENERGY PRO, LLC,<br>Plaintiff | CIVIL ACTION |
| VERSUS | NO. 3:06CV00219 SWW |
| DOYLE LAND SERVICES, INC.<br>Defendant | |

### JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW COME** Energy Pro, LLC and Doyle Land Services, Inc., through undersigned counsel, to advise the Court that this matter has been settled amicably and should be dismissed, with prejudice, each party to bear its own costs.

### ORDER

Considering the foregoing,

Let this matter be dismissed with prejudice, each party to bear its own costs.

Jonesboro, Arkansas, this 13th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE

RESPECTFULLY SUBMITTED:

LYONS, EMERSON & CONE, P.L.C.
P. O. Box 7044
Jonesboro, AR 72403

By: _____
State Bar No. 77083
Attorneys for Energy Pro, LLC

RIEVES, RUBENS & MAYTON
P. O. Box 1359
West Memphis, AR 72303

By: _____
　　Kent J. Rubens (71067)
　　Attorneys for Doyle Land Services, Inc.